`
**THE MARKHAM LAW FIRM**
David R. Markham (SBN 071814)
*dmarkham@markham-law.com*
Maggie Realin (SBN 263639)
*mrealin@markham-law.com*
750 B Street, Suite 1950
San Diego, California 92101
Tel.: 619.399.3995; Fax: 619.615.2067

**THE RDM LEGAL GROUP**
Russel Myrick (SBN 270803)
*russel@rdmlg.com*
*MANCHESTER FINANCIAL BUILDING*
7979 Ivanhoe Avenue, Suite 400
La Jolla, California 92037
Tel.: 888.482.8266   Fax: 858.244.7930

Attorneys for Plaintiff and all others similarly situated

**SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, LLP**
Christopher C. McNatt, Jr. (SBN 174559)
*cmcnatt@scopelitis.com*
2 North Lake Avenue, Suite 460
Pasadena, California 91101
Tel.: 626.795.4700; Fax: 858.795.4790

Andrew J. Butcher (pro hac vice)
*abutcher@scopelitis.com*
30 West Monroe Street, Suite 600
Chicago, IL 60603
Tel.: 312.255.7200; Fax: 202.296.9433

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILL BARKER, TAB BACHMAN, AND WILLIAM YINGLING, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SWIFT TRANSPORTATION COMPANY OF ARIZONA, LLC, and DOES 1 - 10, Inclusive,<br><br>Defendants. | Case No.:  2:16–CV–01532–TLN–CKD<br><br>Hon. Troy L. Nunley<br><br>**STIPULATION AND ORDER THEREON TO AMEND SCHEDULING ORDER**<br><br>Complaint Filed:            1 April 2016<br>Removed:                       5 July 2016<br>Discovery Cutoff:           1 June 2016<br>Expert Witness Disclosure: 27 July 2017<br>Class Certification:         21 September 2017 |

Plaintiffs Bill Barker, Tab Bachman, and William Yingling ("Plaintiffs") and Defendant Swift Transportation Company Of Arizona, LLC, ("Swift"), by and through their respective attorneys of record, and pursuant to USDC EDCA Local Rules 143 and 144(d) and FRCP 16(b), hereby stipulate and agree as follows:

WHEREAS, on or about 6 September 2016, this Court, pursuant to the Federal Rule of Civil Procedure ("FRCP") 16(b) and the FRCP 26(f) Conference Statement of the parties, issued a Scheduling Order setting the discovery cut–off for 1 June 2017;

WHEREAS, this is a complex case involving multiple claims, many potential fact witnesses and experts, and which requires each side to spend significant time identifying and analyzing a voluminous amount of driver logs, wage statements, and other electronic materials;

WHEREAS, since the issuance of the Pretrial Scheduling Order, the parties have worked diligently towards completing discovery;

WHEREAS, the parties stipulate and agree they are unable to complete discovery by the 1 June 2017 cut–off date;

WHEREAS, the parties have acted with diligence in trying to adhere to the current pretrial deadlines but are making this request to the Court for modification of the current scheduling order because absent an extension, the parties will be unable to complete discovery;

WHEREAS, neither party will be prejudiced by a two–month continuance of the current discovery cutoff date; and

NOW THEREFORE, the parties, through their respective counsel, jointly propose and stipulate to the following:

The deadlines in the Pretrial Scheduling Order previously set forth by the Court shall be revised as follows, or set on such other dates as the Court determines:

| Event | Current Date | Proposed New Date |
| --- | --- | --- |
| Fact Discovery Cut–Off Date | 1 June 2017 | 31 July 2017 |

`

IT IS FURTHER STIPULATED and AGREED between the parties that all other provisions of the PreTrial Scheduling Order of 6 September 2016 shall remain in effect. This Stipulation may be signed in counterparts and any facsimile or electronic signature shall be valid as an original signature.

IT IS SO STIPULATED.

Dated: 23 May 2017 **THE MARKHAM LAW FIRM**

By: /s/ David Markham
DAVID MARKHAM
MAGGIE REALIN
Attorneys for Plaintiff

Dated: 23 May 2017 **SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, LLP**

By: /s/ Andrew J. Butcher (as authorized on September 6, 2016)
Andrew J. Butcher (as authorized on September 6, 2016)
E-mail: abutcher@scopelitis.com
Christopher C. McNatt, Jr.
*cmcnatt@scopelitis.com*
Attorneys for Defendant

`
1 **ORDER**

2     FOR GOOD CAUSE SHOWN, and pursuant to the Stipulation of the parties, the deadline in the

3 Scheduling Order previously set forth by the Court are revised as follows:

| Event | Current Date | Extended Date Per Amended Scheduling Order |
|---|---|---|
| Fact Discovery Cut–Off Date | 1 June 2017 | 31 July 2017 |

    IT IS SO ORDERED

Dated: May 30, 2017

    Troy L. Nunley
    United States District Judge