Christopher C. McNatt, Jr. (SBN 174559)
cmcnatt@scopelitis.com
SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, LLP
2 North Lake Avenue, Suite 560
Pasadena, CA 91101
Tel: (626) 795-4700
Fax: (626) 795-4790

Adam C. Smedstad (SBN 303591)
asmedstad@scopelitis.com
Andrew J. Butcher (Admitted *Pro Hac Vice*)
abutcher@scopelitis.com
SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C.
30 West Monroe Street, Suite 600
Chicago, IL 60603
Tel: (312) 255-7200
Fax: (312) 422-1224

Angela S. Cash (Admitted *Pro Hac Vice*)
acash@scopelitis.com
Adam J. Eakman (Admitted *Pro Hac Vice*)
aeakman@scopelitis.com
SCOPELITIS GARVIN LIGHT HANSON & FEARY, P.C.
10 W. Market Street, Suite 1400
Indianapolis, IN 46204
Tel: (317) 637-1777
Fax: (317) 687-2414

Attorneys for Defendant,
SWIFT TRANSPORTATION COMPANY OF ARIZONA, LLC

ADDITIONAL COUNSEL LISTED ON NEXT PAGE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILL BARKER, TAB BACHMAN, and WILLIAM YINGLING, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SWIFT TRANSPORTATION COMPANY OF ARIZONA, LLC, and DOES 1 – 10, Inclusive,<br><br>Defendants. | Case No. 2:16-cv-01532-TLN-CKD<br><br>**STIPULATION AND ORDER THEREON TO AMEND SCHEDULING ORDER**<br><br>Action Filed: April 1, 2016<br>Removed: July 5, 2016<br>Discovery Cutoff: July 31, 2017<br>Expert Witness Disclosures: July 27, 2017<br>Class Certification: September 21, 2017 |

**THE MARKHAM LAW FIRM**
David R. Markham (SBN 071814)
dmarkham@markham-law.com
Maggie Realin (SBN 263639)
mrealin@markham-law.com
750 B Street, Suite 1950
San Diego, CA 92101
Tel: (619) 399-3995
Fax: (619) 615-2067

**THE RDM LEGAL GROUP**
Russell Myrick (SBN 270803)
russel@rdmlg.com
MANCHESTER FINANCIAL BUILDING
7970 Ivanhoe Avenue, Suite 400
La Jolla, CA 92037
Tel: (888) 482-8266
Fax: (858) 244-7930

Plaintiffs, Bill Barker, Tab Bachman and William Yingling ("Plaintiffs") and Defendant, Swift Transportation Company of Arizona, LLC ("Swift"), by and through their respective counsel, and pursuant to USDC EDCA Local Rules 143 and 144(d) and Fed.R.Civ.P. 16(b), hereby stipulate and agree as follows:

WHEREAS, on or about September 6, 2016, this Court, pursuant to Fed.R.Civ.P. 16(b) and the Fed.R.Civ.P. 26(f) Conference Statement of the parties, issued a Pretrial Scheduling Order setting the expert disclosure deadline for any expert to be used on class certification for July 27, 2017 (ECF No. 15). On May 31, 2017, the Court entered an Order setting the discovery cut-off for July 31, 2017 pursuant to the parties' stipulation to extend the discovery cut-off for sixty (60) days (ECF No. 22).

WHEREAS, due to scheduling difficulties, the parties were unable to schedule the deposition of Swift pursuant to Fed.R.Civ.P. 30(B)(6) until August 25, 2017.

WHEREAS, the parties have been engaged in meet and confer communications regarding Plaintiffs' Responses to Request for Production, Set 1, and Plaintiffs' Responses to Interrogatories, Set 1 (the "Plaintiffs' Challenged Discovery Responses"). Plaintiffs have agreed to review their prior responses to this discovery taking into consideration the concerns raised by Defendant in the meet and confer process and provide updated responses to Plaintiffs' Challenged Discovery Responses by August 1, 2017.

WHEREAS, the parties have been engaged in meet and confer communications regarding Defendant's Responses to Plaintiffs' Request for Production of Documents, Set One. Defendants have stated the documents referenced in their Third Supplemental Response will be produced by August 1, 2017.

WHEREAS, as a result of the outstanding discovery issues identified above, the parties stipulate and agree (1) to an extension of the discovery cut-off until September 8, 2017 for the limited purpose of allowing the parties to file any motions

arising out of the testimony at the August 25, 2017 deposition; (2) to an extension of the discovery cut-off until Sept. 11, 2017 for the limited purpose of resolving the ongoing discovery dispute regarding Plaintiffs' Challenged Discovery Responses and Defendant's Third Supplemental Response to Plaintiffs' Request for Production of Documents, Set One; and (3) to an extension of the deadline for disclosure of any expert to be used at the class certification stage until September 8, 2017.

WHEREAS, the parties have acted with diligence in trying to adhere to the current pretrial deadlines but are making this request to the Court for modification of the current scheduling order because absent an extension, the parties will be unable to complete the expert disclosures and/or discovery.

WHEREAS, neither party will be prejudiced by the requested brief extensions of the current discovery and expert disclosure deadlines.

NOW, THEREFORE, the parties, by their respective counsel, jointly propose and stipulate to the following:

The deadlines in the Pretrial Scheduling Order previously set forth by the Court shall be revised as follows, or set on such other date as the Court determines:

| Event | Current Date | Proposed Date |
|---|---|---|
| Discovery Cut-Off for the limited purpose of filing a motion related to the testimony at the Rule 30(B)(6) deposition of Swift on August 25, 2017 | July 31, 2017 | September 8, 2017 |
| Discovery Cut-Off for the limited purpose of resolving the ongoing discovery | July 31, 2017 | September 11, 2017 |

| dispute regarding Plaintiffs' Challenged Discovery Responses and Defendant's Third Supplemental Response to Plaintiffs' Request for Production of Documents, Set One | | |
|---|---|---|
| Expert Disclosures Deadline | July 27, 2017 | September 8, 2017 |

IT IS FURTHER STIPULATED and AGREED between the parties that all other provisions of the Pretrial Scheduling Order of September 6, 2016 shall remain in effect. This Stipulation may be signed in counterparts and any facsimile or electronic signature will be valid as an original signature.

IT IS SO STIPULATED.

Dated: July 31, 2017  SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C.

By: */s/ Angela S. Cash*
Angela S. Cash

Attorneys for Defendant,

Dated: July 31, 2017  THE RDM LEGAL GROUP

By: [signature]
Russel Myrick

Attorneys for Plaintiffs

# ORDER

FOR GOOD CAUSE SHOWN, and pursuant to the Stipulation of the parties; the deadlines in the Scheduling Order previously set forth by the Court are revised as follows:

| Event | Current Date | Proposed Date |
| --- | --- | --- |
| Discovery Cut-Off for the limited purpose of filing a motion related to the testimony at the Rule 30(B)(6) deposition of Swift on August 25, 2017 | July 31, 2017 | September 8, 2017 |
| Discovery Cut-Off for the limited purpose of resolving the ongoing discovery dispute regarding Plaintiffs' Challenged Discovery Responses, and Defendant's Third Supplemental Response to Plaintiffs' Request for Production of Documents, Set One | July 31, 2017 | September 11, 2017 |
| Expert Disclosures Deadline | July 27, 2017 | September 8, 2017 |

IT IS SO ORDERED

Date: August 8, 2017

Troy L. Nunley
United States District Judge