Christopher C. McNatt, Jr. (SBN 174559)
cmcnatt@scopelitis.com
SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, LLP
2 North Lake Avenue, Suite 560
Pasadena, CA 91101
Tel: (626) 795-4700
Fax: (626) 795-4790

Adam C. Smedstad (SBN 303591)
asmedstad@scopelitis.com
Andrew J. Butcher (Admitted *Pro Hac Vice*)
abutcher@scopelitis.com
SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C.
30 West Monroe Street, Suite 600
Chicago, IL 60603
Tel: (312) 255-7200
Fax: (312) 422-1224

Angela S. Cash (Admitted *Pro Hac Vice*)
acash@scopelitis.com
Adam J. Eakman (Admitted *Pro Hac Vice*)
aeakman@scopelitis.com
SCOPELITIS GARVIN LIGHT HANSON & FEARY, P.C.
10 W. Market Street, Suite 1400
Indianapolis, IN 46204
Tel: (317) 637-1777
Fax: (317) 687-2414

Attorneys for Defendant,
SWIFT TRANSPORTATION COMPANY OF ARIZONA, LLC

ADDITIONAL COUNSEL LISTED ON NEXT PAGE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILL BARKER, TAB BACHMAN, and WILLIAM YINGLING, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SWIFT TRANSPORTATION COMPANY OF ARIZONA, LLC, and DOES 1 – 10, Inclusive,<br><br>Defendants. | Case No. 2:16-cv-01532-TLN-CKD<br><br>**JOINT STIPULATION TO EXTEND CASE DEADLINES ; ORDER**<br><br>Action Filed: April 1, 2016<br>Removed: July 5, 2016 |

United States District Court
Eastern District of California

**THE MARKHAM LAW FIRM**
David R. Markham (SBN 071814)
dmarkham@markham-law.com
Maggie Realin (SBN 263639)
mrealin@markham-law.com
750 B Street, Suite 1950
San Diego, CA 92101
Tel: (619) 399-3995
Fax: (619) 615-2067

**THE RDM LEGAL GROUP**
Russell Myrick (SBN 270803)
russel@rdmlg.com
MANCHESTER FINANCIAL BUILDING
7970 Ivanhoe Avenue, Suite 400
La Jolla, CA 92037
Tel: (888) 482-8266
Fax: (858) 244-7930

Plaintiffs, Bill Barker, Tab Bachman, and William Yingling ("Plaintiffs") and Defendant, Swift Transportation Company of Arizona, LLC ("Swift") pursuant to USDC EDCA Local Rule 143 stipulate and agree as follows:

On September 6, 2016, this Court, pursuant to Federal Rule of Civil Procedure 16(b) and the Rule 26(f) Conference Statement of the parties, issued a Pretrial Scheduling Order setting the deadline for Plaintiffs' Motion for Class Certification for September 21, 2017 (ECF No. 15). The Court also set the expert disclosure deadline for any expert to be used on class certification for July 27, 2017, and the deadline for Swift's supplemental expert disclosure for 20 days after that deadline. *Id.*

These deadlines have been modified since the Court's original Pretrial Scheduling Order. On May 31, 2017, the Court entered an Order setting the discovery cut-off for July 31, 2017 pursuant to the parties' stipulation to extend the discovery cut-off for sixty days (ECF No. 22). On August 8, 2017, the Court extended the expert disclosure deadline to September 8, 2017 (ECF No. 29). On September 14, 2017, the Court entered an order extending the discovery cut-off for the limited purpose of resolving the ongoing discovery dispute regarding Plaintiffs' challenged discovery responses and Defendant's Third Supplemental Response to Plaintiffs' Request for Production of Documents, Set One to September 21, 2017 (ECF No. 31).

On September 20, 2017, Plaintiffs' filed their Motions for Conditional Certification and Class Certification with the hearing scheduled on November 2, 2017 (ECF No. 32). Under Local Rule 230, Swift's opposition to Plaintiffs' motions is due 14 days before the hearing, October 19, 2017. Plaintiffs' reply brief is due 7 days before the hearing, October 26, 2017.

The parties are now exploring in good faith a possible settlement of this case. Neither party will be prejudiced by the requested brief extension. Therefore, the

parties jointly propose a 30-day extension for all outstanding deadlines in order to select a mediator and mediation date and stipulate to the following:

The deadlines in the Pretrial Scheduling Order and the Court's subsequent orders should be revised as follows:

| Event | Current Date | Proposed Date |
|---|---|---|
| Swift's Supplemental List of Expert Witnesses (if any) | September 28, 2017 | October 27, 2017 |
| Swift's Response to Plaintiffs' Motions for Class and Conditional Certification | October 19, 2017 | November 17, 2017 |
| Plaintiffs' Reply in Support of their Motions for Class and Conditional Certification | October 26, 2017 | December 11, 2017 |
| Discovery Cut-Off for the limited purpose of resolving the ongoing discovery dispute regarding Plaintiffs' Challenged Discovery Responses | September 21, 2017 | October 27, 2017 |

| and Defendant's Third Supplemental Response to Plaintiffs' Request for Production of Documents, Set One | | |
|---|---|---|

IT IS FURTHER STIPULATED and AGREED between the parties that all other provisions of the Pretrial Scheduling Order of September 6, 2016 and subsequent orders should remain in effect. This Stipulation may be signed in counterparts and any facsimile or electronic signature will be valid as an original signature.

IT IS SO STIPULATED.

Dated: September 21, 2017

SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C.

By: */s/ Angela S. Cash*
Angela S. Cash

Attorneys for Defendant

Dated: September 21, 2017

THE MARKHAM LAW FIRM

By: /s/ *David R. Markham*
David R. Markham

Attorneys for Plaintiffs

**ORDER**

FOR GOOD CAUSE SHOWN, and pursuant to the Stipulation of the parties; the deadlines in the Scheduling Order previously set forth by the Court are revised as follows:

| Event | Current Date | Proposed Date |
|---|---|---|
| Swift's Supplemental List of Expert Witnesses (if any) | September 28, 2017 | October 27, 2017 |
| Swift's Response to Plaintiffs' Motions for Class and Conditional Certification | October 19, 2017 | November 17, 2017 |
| Plaintiffs' Reply in Support of their Motions for Class and Conditional Certification | October 26, 2017 | December 11, 2017 |
| **Hearing on Plaintiffs' Motions for Class and Conditional Certification** | **November 2, 2017** | **January 11, 2018, at 2:00 p.m.** |
| Discovery Cut-Off for the limited purpose of resolving | September 21, 2017 | October 27, 2017 |

| the ongoing discovery dispute regarding Plaintiffs' Challenged Discovery Responses and Defendant's Third Supplemental Response to Plaintiffs' Request for Production of Documents, Set One | | |
|---|---|---|

IT IS SO ORDERED.

Date: September 21, 2017

Troy L. Nunley
United States District Judge