Christopher C. McNatt, Jr. (SBN 174559)
cmcnatt@scopelitis.com
SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, LLP
2 North Lake Avenue, Suite 560
Pasadena, CA 91101
Tel: (626) 795-4700
Fax: (626) 795-4790

Adam C. Smedstad (SBN 303591)
asmedstad@scopelitis.com
Andrew J. Butcher (Admitted *Pro Hac Vice*)
abutcher@scopelitis.com
SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C.
30 West Monroe Street, Suite 600
Chicago, IL 60603
Tel: (312) 255-7200
Fax: (312) 422-1224

Angela S. Cash (Admitted *Pro Hac Vice*)
acash@scopelitis.com
Adam J. Eakman (Admitted *Pro Hac Vice*)
aeakman@scopelitis.com
SCOPELITIS GARVIN LIGHT HANSON & FEARY, P.C.
10 W. Market Street, Suite 1400
Indianapolis, IN 46204
Tel: (317) 637-1777
Fax: (317) 687-2414

Attorneys for Defendant,
SWIFT TRANSPORTATION COMPANY OF ARIZONA, LLC

ADDITIONAL COUNSEL LISTED ON NEXT PAGE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILL BARKER, TAB BACHMAN, and WILLIAM YINGLING, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SWIFT TRANSPORTATION COMPANY OF ARIZONA, LLC, and DOES 1 – 10, Inclusive,<br><br>Defendants. | Case No. 2:16-cv-01532-TLN-CKD<br><br>**JOINT STIPULATION AND ORDER TO EXTEND CASE DEADLINES**<br><br>Action Filed: April 1, 2016<br>Removed: July 5, 2016<br>Discovery Cut-off: July 31, 2017<br>Expert Witness Disclosures: July 27, 2017<br>Class Certification: January 11, 2018 |

1 **THE MARKHAM LAW FIRM**
David R. Markham (SBN 071814)
2 dmarkham@markham-law.com
Maggie Realin (SBN 263639)
3 mrealin@markham-law.com
750 B Street, Suite 1950
4 San Diego, CA 92101
Tel: (619) 399-3995
5 Fax: (619) 615-2067

6 **THE RDM LEGAL GROUP**
Russell Myrick (SBN 270803)
7 russel@rdmlg.com
MANCHESTER FINANCIAL BUILDING
8 7970 Ivanhoe Avenue, Suite 400
La Jolla, CA 92037
9 Tel: (888) 482-8266
Fax: (858) 244-7930

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Plaintiffs, Bill Barker, Tab Bachman, and William Yingling ("Plaintiffs") and Defendant, Swift Transportation Company of Arizona, LLC ("Swift") pursuant to USDC EDCA Local Rule 143 stipulate and agree as follows:

On September 6, 2016, this Court, pursuant to Federal Rule of Civil Procedure 16(b) and the Rule 26(f) Conference Statement of the parties, issued a Pretrial Scheduling Order setting the discovery cut-off deadline for June 1, 2017 (ECF No. 15). On May 31, 2017, the Court entered an Order moving the discovery cut-off to July 31, 2017 pursuant to the parties' stipulation to extend the discovery cut-off for sixty days (ECF No. 22). On September 14, 2017, the Court entered an order extending the discovery cut-off to September 21, 2017 for the limited purpose of resolving the ongoing discovery dispute regarding Plaintiffs' challenged discovery responses and Defendant's Third Supplemental Response to Plaintiffs' Request for Production of Documents, Set One (ECF No. 31). And on September 22, 2017, the Court extended the same deadline to October 27, 2017 (ECF No. 35).

The parties mediated the case with the Honorable Charles McCoy (Ret.) on October 20, 2017, but were unable to resolve the case at the mediation. Although Plaintiffs have made progress and have acted with diligence in gathering the documents and information necessary to complete their discovery responses, they have not yet been able to produce the requested discovery but have advised that they will do so on October 27, 2017. The parties, therefore, respectfully request a two-week extension on the discovery cut-off deadline for the limited purpose of resolving the ongoing discovery dispute regarding Plaintiffs' challenged discovery responses and, if necessary, for Defendants to file a discovery motion. Neither party will be prejudiced by this extension.

The parties jointly propose that the deadlines in the Pretrial Scheduling Order previously set forth by the Court be revised as follows, or set on such other date as the Court determines:

| **Event** | **Current Date** | **Proposed Date** |
|---|---|---|
| Discovery cut-off for the limited purpose of resolving the ongoing discovery dispute regarding Plaintiffs' challenged discovery responses | October 27, 2017 | November 10, 2017 |

IT IS FURTHER STIPULATED and AGREED between the parties that all other provisions of the Pretrial Scheduling Order of September 6, 2016 and subsequent orders will remain in effect. This Stipulation may be signed in counterparts and any facsimile or electronic signature will be valid as an original signature.

    IT IS SO STIPULATED.

Dated: October 27, 2017    SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C.

By: *Angela S. Cash*
Angela S. Cash
Attorneys for Defendant,

Dated: October 26, 2017    THE RDM LEGAL GROUP

By: *Russel Myrick*
Russel Myrick
Attorneys for Plaintiffs

## ORDER

FOR GOOD CAUSE SHOWN, and pursuant to the Stipulation of the parties, the deadlines in the Scheduling Order previously set forth by the Court are revised as follows:

| Event | Current Date | Proposed Date |
|---|---|---|
| Discovery cut-off for the limited purpose of resolving the ongoing discovery dispute regarding Plaintiffs' challenged discovery responses | October 27, 2017 | November 10, 2017 |

IT IS SO ORDERED

Date: October 27, 2017

_____
Troy L. Nunley
United States District Judge