Christopher C. McNatt, Jr. (SBN 174559)
cmcnatt@scopelitis.com
SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, LLP
2 North Lake Avenue, Suite 560
Pasadena, CA 91101
Tel: (626) 795-4700
Fax: (626) 795-4790

Adam C. Smedstad (SBN 303591)
asmedstad@scopelitis.com
Andrew J. Butcher (Admitted *Pro Hac Vice*)
abutcher@scopelitis.com
SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C.
30 West Monroe Street, Suite 600
Chicago, IL 60603
Tel: (312) 255-7200
Fax: (312) 422-1224

Angela S. Cash (Admitted *Pro Hac Vice*)
acash@scopelitis.com
Adam J. Eakman (Admitted *Pro Hac Vice*)
aeakman@scopelitis.com
SCOPELITIS GARVIN LIGHT HANSON & FEARY, P.C.
10 W. Market Street, Suite 1400
Indianapolis, IN 46204
Tel: (317) 637-1777
Fax: (317) 687-2414

Attorneys for Defendant,
SWIFT TRANSPORTATION COMPANY OF ARIZONA, LLC

ADDITIONAL COUNSEL LISTED ON NEXT PAGE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILL BARKER, TAB BACHMAN, and WILLIAM YINGLING, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SWIFT TRANSPORTATION COMPANY OF ARIZONA, LLC, and DOES 1 – 10, Inclusive,<br><br>Defendants. | Case No. 2:16-cv-01532-TLN-CKD<br><br>**JOINT STIPULATION TO EXTEND CASE DEADLINES; ORDER**<br><br>Action Filed: April 1, 2016<br>Removed: July 5, 2016 |

**THE MARKHAM LAW FIRM**
David R. Markham (SBN 071814)
dmarkham@markham-law.com
Maggie Realin (SBN 263639)
mrealin@markham-law.com
750 B Street, Suite 1950
San Diego, CA 92101
Tel: (619) 399-3995
Fax: (619) 615-2067

**THE RDM LEGAL GROUP**
Russell Myrick (SBN 270803)
russel@rdmlg.com
MANCHESTER FINANCIAL BUILDING
7970 Ivanhoe Avenue, Suite 400
La Jolla, CA 92037
Tel: (888) 482-8266
Fax: (858) 244-7930

Plaintiffs, Bill Barker, Tab Bachman, and William Yingling ("Plaintiffs") and Defendant, Swift Transportation Company of Arizona, LLC ("Swift") pursuant to USDC EDCA Local Rule 143 stipulate and agree as follows:

On September 6, 2016, this Court, pursuant to Federal Rule of Civil Procedure 16(b) and the Rule 26(f) Conference Statement of the parties, issued a Pretrial Scheduling Order setting various deadlines for the case. On May 31, 2017, the Court entered an Order setting the discovery cut-off for July 31, 2017 pursuant to the parties' stipulation to extend the discovery cut-off for sixty days (ECF No. 22). On September 14, 2017, the Court entered an order extending the discovery cut-off for the limited purpose of resolving the ongoing discovery dispute regarding Plaintiffs' challenged discovery responses and Defendant's Third Supplemental Response to Plaintiffs' Request for Production of Documents, Set One to September 21, 2017 (ECF No. 31). Based on the parties' stipulation to extend the deadline because Plaintiffs had not produced the additional documents requested, the Court extended the same deadline to October 27, 2017 (ECF No. 35) and, following an unsuccessful mediation on October 20, 2017, to November 10, 2017 (ECF No. 37).

Plaintiffs produced the requested discovery on November 10, 2017 leaving insufficient time for Defendant to review the discovery response and file any necessary motions. The parties, therefore, respectfully request a three-week extension on the discovery cut-off deadline for the limited purpose of resolving the ongoing discovery dispute regarding Plaintiffs' challenged discovery responses and, if necessary, for Defendants to file a discovery motion. Neither party will be prejudiced by this extension.

The parties jointly propose that the deadline in the Pretrial Scheduling Order previously set forth by the Court be revised as follows, or set on such other date as the Court determines:

| Event | Current Date | Proposed Date |
|---|---|---|
| Discovery cut-off for the limited purpose of resolving the ongoing discovery dispute regarding Plaintiffs' challenged discovery responses | November 10, 2017 | December 1, 2017 |

IT IS FURTHER STIPULATED and AGREED between the parties that all other provisions of the Pretrial Scheduling Order of September 6, 2016 and subsequent orders will remain in effect. This Stipulation may be signed in counterparts and any facsimile or electronic signature will be valid as an original signature.

    IT IS SO STIPULATED.


Dated: November 10, 2017    SCOPELITIS, GARVIN, LIGHT, HANSON
                                     & FEARY, P.C.

                                       By:  *[signature]*
                                               Angela S. Cash
                                               Attorneys for Defendant,


Dated: November 10, 2017          THE RDM LEGAL GROUP


                                       By:  *//s//*
                                               Russel Myrick
                                             Attorneys for Plaintiffs

## ORDER

FOR GOOD CAUSE SHOWN, and pursuant to the Stipulation of the parties, the deadlines in the Scheduling Order previously set forth by the Court are revised as follows:

| Event | Current Date | Proposed Date |
|---|---|---|
| Discovery cut-off for the limited purpose of resolving the ongoing discovery dispute regarding Plaintiffs' challenged discovery responses | November 10, 2017 | December 1, 2017 |

IT IS SO ORDERED

Dated: December 1, 2017

_____
Troy L. Nunley
United States District Judge