1  Christopher C. McNatt, Jr. (SBN 174559)
   cmcnatt@scopelitis.com
2  SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, LLP
   2 North Lake Avenue, Suite 560
3  Pasadena, CA 91101
   Tel: (626) 795-4700
4  Fax: (626) 795-4790

5  Adam C. Smedstad (SBN 303591)
   asmedstad@scopelitis.com
6  Andrew J. Butcher (Admitted *Pro Hac Vice*)
   abutcher@scopelitis.com
7  SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C.
   30 West Monroe Street, Suite 600
8  Chicago, IL 60603
   Tel: (312) 255-7200
9  Fax: (312) 422-1224

10 Angela S. Cash (Admitted *Pro Hac Vice*)
   acash@scopelitis.com
11 Adam J. Eakman (Admitted *Pro Hac Vice*)
   aeakman@scopelitis.com
12 SCOPELITIS GARVIN LIGHT HANSON & FEARY, P.C.
   10 W. Market Street, Suite 1400
13 Indianapolis, IN 46204
   Tel: (317) 637-1777
14 Fax: (317) 687-2414

15 Attorneys for Defendant,
   SWIFT TRANSPORTATION COMPANY OF ARIZONA, LLC
16
17 ADDITIONAL COUNSEL LISTED ON NEXT PAGE

18                    UNITED STATES DISTRICT COURT
19                    EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILL BARKER, TAB BACHMAN, and WILLIAM YINGLING, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SWIFT TRANSPORTATION COMPANY OF ARIZONA, LLC, and DOES 1 – 10, Inclusive,<br><br>Defendants. | Case No. 2:16-cv-01532-TLN-CKD<br><br>**JOINT STIPULATION TO STAY CASE PENDING MEDIATION;ORDER**<br><br>Action Filed: April 1, 2016<br>Removed: July 5, 2016<br>Trial Date: Not Set |

**THE MARKHAM LAW FIRM**
David R. Markham (SBN 071814)
dmarkham@markham-law.com
Maggie Realin (SBN 263639)
mrealin@markham-law.com
Michael Morphew (SBN 304463)
mmorphew@markham-law.com
750 B Street, Suite 1950
San Diego, CA 92101
Tel: (619) 399-3995
Fax: (619) 615-2067

**THE RDM LEGAL GROUP**
Russell Myrick (SBN 270803)
russel@rdmlg.com
MANCHESTER FINANCIAL BUILDING
7970 Ivanhoe Avenue, Suite 400
La Jolla, CA 92037
Tel: (888) 482-8266
Fax: (858) 244-7930

Plaintiffs, Bill Barker, Tab Bachman, and William Yingling ("Plaintiffs") and Defendant, Swift Transportation Company of Arizona, LLC ("Swift") pursuant to USDC EDCA Local Rule 143 stipulate and agree as follows:

1. The parties have agreed to participate in a second mediation which has been scheduled for April 24, 2018 with Judge (ret.) Charles McCoy who previously mediated the case.

2. The parties have agreed to stay all proceedings in this matter pending the resolution of the April 24th mediation. If the mediation does not result in a settlement of all of the outstanding issues in the case, the parties agree that the agreed stay shall be lifted and the case will proceed to final resolution.

3. Counsel for Defendant will notify the Court of the outcome of the mediation within five court days after the mediation.

4. This Stipulation may be signed in counterparts and any facsimile or electronic signature will be valid as an original signature.

IT IS SO STIPULATED.

Dated: March 14, 2018    SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C.

By: */s/ Angela S. Cash*
Angela S. Cash

Attorneys for Defendant,

Dated: March 14, 2018    THE MARKHAM LAW FIRM,

By: *s/ David R. Markham*
David R. Markham

Attorneys for Plaintiffs

# ORDER

FOR GOOD CAUSE SHOWN, and pursuant to the Stipulation of the parties; all proceedings in this case shall be stayed pending the mediation scheduled to take place on April 24, 2018 until such time as the Court is advised that the mediation was unsuccessful and the case should resume normal proceedings.

IT IS SO ORDERED.

Dated: March 15, 2018

_____
Troy L. Nunley
United States District Judge