1
2
3
4
5
6
7
8

9                    UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11
12

| | |
|---|---|
| BILL BARKER, TAB BACHMAN, and WILLIAM YINGLING, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>   v.<br><br>SWIFT TRANSPORTATION COMPANY OF ARIZONA, LLC, and DOES 1 – 10, Inclusive,<br><br>Defendants. | Case No. 2:16-cv-01532-TLN-CKD<br><br>**ORDER GRANTING JOINT REQUEST TO STAY RULING ON PENDING MOTIONS DUE TO MEDIATION**<br><br>Action Filed:  April 1, 2016<br>Removed:     July 5, 2016<br>Trial Date:    Not Set |

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

FOR GOOD CAUSE SHOWN, and pursuant to the joint request of the parties, the Court hereby ORDERS the following:

1.  The ruling on Plaintiffs' motion for class certification and motion for conditional certification, and Defendants' motion for partial summary judgment are hereby stayed pending the outcome of mediation.

2.  The parties are to advise the Court the results of mediation within 10 days of the conclusion of the mediation, on or before December 18, 2020.

**IT IS SO ORDERED.**

Dated: April 14, 2020

_____
Troy L. Nunley
United States District Judge

1
*Barker v. Swift Transportation Company*, Case No. 2:16-cv-01532-TLN-CKD
[Proposed] Order Granting Joint Request for Stay Ruling on Pending Motions Due to Mediation