1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILL BARKER, TAB BACHMAN, and WILLIAM YINGLING, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SWIFT TRANSPORTATION COMPANY OF ARIZONA, LLC, and DOES 1 – 10, Inclusive,<br><br>Defendants. | Case No. 2:16-cv-01532-TLN-CKD<br><br>**ORDER LIFTING STAY**<br><br>Action Filed:  April 1, 2016<br>Removed:       July 5, 2016<br>Trial Date:    Not Set |

1    FOR GOOD CAUSE SHOWN, and pursuant to the joint request of the

2   parties, the Court hereby ORDERS the following:

3    1.  The stay of the Court's rulings on Plaintiffs' motion for class certification

4   and motion for conditional certification, and Defendants' motion for partial

5   summary judgment is hereby lifted.  The motions are deemed submitted and the

6   Court will issue rulings on the pending motions.

7    2.  The parties are to advise the Court if they reach a settlement of this action.

8

9   **IT IS SO ORDERED.**

10

11  Dated: December 21, 2020

12                                                    Troy L. Nunley
                                                      United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1