**THE MARKHAM LAW FIRM**
David R. Markham (SBN 071814)
*dmarkham@markham-law.com*
Maggie Realin (SBN 263639)
*mrealin@markham-law.com*
Lisa R. Brevard (SBN 323391)
*lbrevard@markham-law.com*
8910 University Center Lane, Suite 400
San Diego, CA 92122
Tel: (619) 399-3995
Fax: (619) 615-2067

**THE RDM LEGAL GROUP**
Russel Myrick (SBN 270803)
*russel@rdmlg.com*
*MANCHESTER FINANCIAL BUILDING*
7979 Ivanhoe Avenue, Suite 400
La Jolla, California 92037
Tel.: 888.482.8266; Fax: 858.244.7930

Attorneys for Plaintiffs,
BILL BARKER, TAB BACHMAN, and WILLIAM YINGLING

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILL BARKER, TAB BACHMAN, and WILLIAM YINGLING, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SWIFT TRANSPORTATION COMPANY OF ARIZONA, LLC, and DOES 1 – 10, Inclusive,<br><br>Defendants. | Case No.: 2:16-cv-01532-TLN-CKD<br><br>CLASS ACTION<br><br>**ORDER GRANTING DISMISSAL WITH PREJUDICE**<br><br>Judge:           Hon. Troy L. Nunley<br>Action Filed:  April 1, 2016<br>Removed:      July 5, 2016<br>Trial Date:     None Set |

The Court, having been duly advised of Plaintiff's Request for Dismissal with Prejudice, now finds as follows:

**IT IS THEREFORE ORDERED** that this action is dismissed, with prejudice. Each party shall bear their own costs and attorney's fees, unless provided otherwise in the settlement agreement in *Fritsch et al. v. Swift Transportation Co. of Arizona, LLC*, Case No. 5:17-cv-02226 VAP (KKx) (C.D. Cal.).

Date: March 3, 2022

Troy L. Nunley
United States District Judge